UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

MAR 4 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THE GEO GROUP, INC., <br><br> Plaintiff - Appellee, <br><br> v. <br><br> JAY INSLEE, Governor and ROBERT FERGUSON, <br><br> Appellants. | No. 24-2815 <br><br> D.C. No. 3:23-cv-05626-BHS <br><br> Western District of Washington, Tacoma <br><br> MANDATE |

The judgment of this Court, entered August 19, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT