# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 2, 2026

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

R E C E I V E D
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUN 0 8 2026

FILED _____
DOCKETED _____
　　　　　　　　　DATE　　　　　　INITIAL

Re:  The GEO Group, Inc.
v. Bob Ferguson, Governor of Washington, et al.
Application No. 25A1145
(Your No. 24-2815)

Dear Clerk:

The application for a further extension of time in the above-entitled case has been presented to Justice Kagan, who on June 2, 2026, extended the time to and including July 10, 2026.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

## NOTIFICATION LIST

Mr. Paul D. Clement
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526